TISE v. YATES CONSTRUCTION CO.

No. 300PA96

Case below: 122 N.C.App. 582

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 30 July 1996.

WHITAKER v. N.C. DEPT. OF HUMAN RESOURCES

No. 87P96

Case below: 121 N.C.App. 602

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

WOOTEN v. MATTHEWS

No. 214P96

Case below: 121 N.C.App. 789

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.